Earle SMITH, et al. Plaintiffs,

v.

**COBB COUNTY BOARD OF ELECTIONS AND REGISTRATIONS,**
et al. Defendants.

Andy Perry, et al. Plaintiffs,

v.

Cobb County Board of Elections and Registrations, et al.
Defendants,

v.

Mark A. Bell and David L. Wilkerson
Defendants Intervenors.

Nos. CIV.A. 102CV1093JEC,
CIV.A. 102CV1206JEC.

United States District Court,
N.D. Georgia,
Atlanta Division.

May 31, 2002.

D. Glen Brock, Ernest Linwood Gunn, IV, Carlton LaTain Kell, Brock Clay Calhoun Wilson & Rogers, Joseph Blackshear Atkins, Dorothy Hemmer Bishop, Deborah L. Dance, Office of Cobb County Attorney, Law Department, Marietta, for Plaintiff.

Gregg Earl Litchfield, Herbert Scott Gregory, Jr., Haynie Litchfield & Crane, Marietta, for Defendant.

Allan Leroy Parks, Jr., David F. Walbert, Parks Chesin Walbert & Miller, Atlanta, for Defendant Intervenors.

## ORDER

CARNES, District Judge.

In the above-captioned actions, the plaintiffs allege a violation of the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution, arising out of the failure of the Georgia General Assembly (hereinafter "the Legislature") to pass legislation reapportioning the electoral districts for the Cobb County Board of Education (hereinafter, "the Board") and the electoral districts for the Cobb County Commission (hereinafter, "the Commission"), respectively. The plaintiffs, Cobb County voters and members of the Board and the Commission, have filed these two related actions against the Cobb County Board of Elections and Registration to enjoin all future elections of the Board and Commission under the current electoral districts.

The current districts for the Board and the Commission reflect the distribution of the county population as of the 1990 Cen-

sus, but, according to the plaintiffs, the 2000 Census revealed significant changes in the distribution of the county population. The plaintiffs argue that the legislature's failure to draw new districts following completion of the 2000 Census has thus created substantial population deviations among the existing districts for both the Board and the Commission. These deviations, according to the plaintiffs, severely dilute the voting strength of individual voters in some districts and disproportionately increase the strength of votes in other districts, thereby resulting in a violation of the well-established one-person, one-vote principle established by the Equal Protection Clause of the Fourteenth Amendment.

The plaintiffs request that this Court declare the existing districts to be unconstitutional and enjoin defendants from certifying or approving any election held in the districts as presently configured. The plaintiffs further request that this Court establish a remedial plan to be used for the upcoming election. Plaintiffs have also presented the Court with a copy of the redistricting plan approved by the Board and the Commission, respectively. These plans were approved by the Cobb County delegation to the State House and, accordingly, were approved by the Georgia House of Representatives. These plans also received the requisite number of signatures by the Cobb County delegation to the State Senate to allow them to be approved by the State Senate. Because the Senate committee to which the plans were initially sent refused to allow the plans out of committee to be voted on by the Senate, however, the State Senate was never in a

position to review or approve these plans. Accordingly, the 2002 Session of the Georgia General Assembly expired with the above plans still languishing in a committee of the State Senate. Plaintiffs argue that this Court should give deference to the plans that were approved by the Board and Commission and approved by the local delegation.

David L. Wilkerson and Mark A. Bell have moved to intervene as defendants in both the Board and Commission litigation.[1] The Commission did not object to intervention and the Court agrees that intervention is appropriate in the Commission case. The Board, however, has objected to intervention by these parties. The Court has not yet ruled on the motions to intervene, as both the Board and the putative intervenors present colorable arguments in support of their position. Nevertheless, the Court allowed these putative intervenors to participate fully in the hearing and oral argument held on May 24, 2002, just as if they had been granted intervenor status. Further, the Court allowed these individuals to present proposed redistricting plans for both the Board and the Commission, which proposed plans[2] the Court has considered fully in arriving at the remedial redistricting plan established through this Order.

The putative intervenors[3] and intervenors argue that the respective redistricting plans proposed by the Board and the Commission are not entitled to any deference from this Court, and have insisted that, to avoid running afoul of the preclearance requirements of Section 5 of the

---

1. The Democratic Party of Georgia has also moved to appear as an *amicus curiae*, which motion the Court orally granted. The Democratic Party echoes the arguments made by the intervenors in both actions and is represented by the same counsel.

2. The Court also considered, and ultimately adopted, to a large extent, an alternate sug-

gestion made at the hearing by counsel for the intervenors with regard to the redistricting of Commission District 4.

3. The Court hereinafter uses the term "intervenors" throughout the rest of this Order to refer to the intervenors and putative intervenors. The Court will rule on the latter's Motion to Intervene in its forthcoming order.

Voting Rights Act, this Court must devise its own remedial plan. For the purposes of this Order and for purposes of drafting a remedial plan, this Court has accepted as meritorious the intervenors' argument. Accordingly, while there may be strong similarities to different components of the four proposed plans, the ultimate remedial plan set out herein by the Court is the Court's own plan, arrived at after several days of painstaking work by the undersigned herself, with the assistance of the Court's expert, Ms. Linda Meggers, Director of Legislative Reapportionment Services for the Georgia General Assembly.[4]

The Court has concluded that the existing districting plans for the Board and the Commission are unconstitutional under the one-person, one-vote principle. Therefore, it enjoins the defendant Board of Elections from conducting elections in accordance with these existing districts. Further, as it is undisputed that the Georgia Legislature will not be reconvening prior to the upcoming election, the parties and intervenors agree that an impasse has occurred that warrants the imposition of a remedial plan to be used only for the upcoming election. Thereafter, this Court will ask the legislature to complete the work it should have done in the last session and to reapportion the electoral districts for the Cobb Board and County Commission. If it fails to do so, this Court will be required to hold a full trial and thereafter to impose a permanent remedial districting plan.

Attached hereto as Exhibits 1–A, B, and C are the Court redistricting map for the Cobb Board of Education, entitled FEDCTCOBBSB, statistical data relevant to the plan, and a technical description of the districting changes. Attached hereto as Exhibits 2–A, B, and C are the Court's plan for the Cobb County Commission, entitled FEDCTCOBBCC, along with its statistical data and description. In fashioning these plans, the Court has been mindful of the requirements of the Voting Rights Act, traditional redistricting principles applicable to the drafting of a remedial plan, and the need to arrive at the lowest deviation from the ideal population for each district. The Court has attempted to balance all of these considerations. To the extent that there are small deviations in each plan from the ideal population figure, these deviations have been necessary to comply with other principles applicable to the drafting of a remedial plan. The Court concludes that any deviations are *de minimis* and justified by the need to comply with the other dictates applicable to this endeavor.

Because of the extreme time exigencies in this case,[5] the Court has issued this summary order establishing the interim plans so that the Board of Elections may begin the time-consuming work that will be required to prepare itself for the up-

---

4. All parties agreed to the Court's appointment of Ms. Meggers as its technical expert in assisting with the drafting of the Court's plan.

5. The defendant Board of Elections initially insisted that this Court must release any interim plan by May 31, 2002 in order for the Board of Elections to make the necessary adjustments to districts prior to the beginning of the qualifying period. When this Court expressed a concern at the May 24th hearing that it might not be able to make such a deadline, the defendant indicated that the last conceivable date for the order to be issued in time for qualifying would be June 7, 2002, but that, for obvious reasons, an earlier release of the order was desirable. Accordingly, the Court has endeavored to release its interim plan by the requested date.

Moreover, the Court is sympathetic to the time constraints facing the defendant Board of Elections. Indeed, the parties and intervenors agree that Cobb County finds itself in this extremely difficult position not out of any failing on its part—after all, Cobb County and its local delegations completed their redistricting plans, as they were supposed to do. Instead, the Court, the parties, and the tax-

coming qualifying period in mid-June. The Court will endeavor to issue a more detailed Order explaining the rationale behind these plans by June 17, 2002.

### CONCLUSION

The Court hereby declares unconstitutional the existing electoral districts for the Cobb County Board of Education and the Cobb County Board of Commissioners and enjoins their use in the upcoming election. The Court establishes, as its own remedial, interim plans, the attached district maps for each body.

payers of Cobb County have been placed in this untenable situation because the State Senate decided to shirk its responsibilities.

Cobb County School Board Districts
Drawn by Federal Court -- May 2002

Plan Name: **FEDCTCOBBCC**    Plan Type:    **Local**    User:   **Linda**    Administrator:   **Cobb**

| DISTRICT | | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP.OR LATINO | %HISP. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | | 152,843 | 905 | 0.60% | 19,474 | 12.74% | 730 | 20,204 | 13.22% | 9,411 | 6.16% |
| | VAP | 109,455 | | | 13,251 | 12.11% | 327 | 13,578 | 12.41% | 6,493 | 5.93% |
| 002 | | 150,548 | -1,390 | -0.91% | 30,519 | 20.27% | 1,158 | 31,677 | 21.04% | 13,738 | 9.13% |
| | VAP | 121,109 | | | 22,744 | 18.78% | 659 | 23,403 | 19.32% | 9,986 | 8.25% |
| 003 | | 151,878 | -60 | -0.04% | 11,919 | 7.85% | 673 | 12,592 | 8.29% | 6,811 | 4.48% |
| | VAP | 108,769 | | | 7,957 | 7.32% | 302 | 8,259 | 7.59% | 4,649 | 4.27% |
| 004 | | 152,482 | 544 | 0.36% | 52,321 | 34.31% | 1,435 | 53,756 | 35.25% | 17,004 | 11.15% |
| | VAP | 110,012 | | | 33,832 | 30.75% | 645 | 34,477 | 31.34% | 11,239 | 10.22% |

Total Population:    607,751
Ideal Value:    151,938

**Summary**

Population Range:    150,548  to  152,843
Absolute Range:    -1,390  to  905
Absolute Overall Range:    2,295
Relative Range:    -0.91%  to  0.60%
Relative Overall Range:    1.51%

1

Plan Name: FEDCTCOBBCC    Plan Type: Local    User: Linda    Administrator: Cobb

Redistricting Plan Components Report

District 001
Cobb County
      Tract: 301.01
      Tract: 301.02
      BG: 1
       1004 1005 1006 1007 1008 1009 1010 1011 1012 1013 1014 1015
       1016 1017 1018 1019 1020 1021 1022 1023 1024 1025 1026 1027
       1028 1029 1030 1031 1032 1033 1034 1035 1036 1037 1038 1039
       1040 1041 1042 1043 1044 1045 1046 1047 1048 1049 1050 1051
       1052 1053 1058 1059 1060 1061 1062 1063 1064 1065 1066 1067
       1068 1069 1070 1071 1072 1073 1074 1999
      BG: 2
      Tract: 301.03
      Tract: 302.05
      BG: 1
       1000 1001 1003 1006 1007 1008 1009 1010 1011 1012 1013 1014
       1015 1016 1017 1018 1019 1020 1021 1022 1023 1026 1027 1028
       1029 1030 1031 1032 1033 1034 1035 1036 1037 1038 1039 1040
       1041 1042 1043 1044 1045 1046 1047 1048 1049 1050 1051 1052
       1053 1054 1055 1056 1057 1058 1059 1060 1061 1062 1063 1064
       1065 1066 1067 1068 1069 1070 1071 1072 1073 1074 1075 1076
       1077 1078 1079 1080 1081 1082 1083 1084 1085 1086 1087 1088
       1089 1090 1091 1092 1093 1998 1999
      Tract: 302.08
      Tract: 302.09
      Tract: 302.10
      Tract: 302.11
      BG: 1
       1002 1003 1004 1005 1006 1007 1008 1009 1010 1013 1014 1015
       1016 1017 1018 1019 1020 1021 1022 1023 1024 1025 1026 1027
       1028 1029 1030 1031 1032 1033 1034 1035 1036 1037 1038 1039
       1040 1041 1042 1043 1044 1045 1046 1047 1048 1049 1050 1051
       1052 1053 1054 1055 1056 1057 1058 1059 1060 1061 1062 1063
       1064 1065 1066 1067 1068 1069 1070 1071 1072 1073 1074 1075
       1076 1077 1078 1079 1080 1081 1082 1083 1084 1085 1086 1087
       1088 1089 1090 1091 1092 1093 1094 1095 1096 1097 1098 1099
       1100
      BG: 2
      BG: 3
      Tract: 302.13
      Tract: 302.14
      Tract: 302.15
      Tract: 302.16
      Tract: 302.17
      Tract: 305.01
      BG: 4
       4060 4061 4063 4065 4068 4069 4070 4071 4072 4073 4074 4075
      Tract: 306
      BG: 1
       1001 1002 1004 1006 1009 1010 1012 1013 1014 1015 1016 1017
       1018 1019 1020 1021 1022 1023 1024 1025 1026 1027 1028 1029
       1030 1031 1032 1033 1034 1035 1036 1037 1038 1039 1040 1041
                                    Page 1

```
      1042 1043 1044 1045 1046 1047 1048 1049 1050 1051 1052 1053
      1054 1055 1056 1057 1058 1059 1060 1061 1062 1063
   BG: 2
   BG: 3
   BG: 4
   BG: 5
      5006 5007 5008 5009 5010 5011 5012 5013 5014 5025 5026 5027
      5028 5029 5030 5031 5032 5033 5034 5035 5036 5037 5038 5039
      5040 5041 5042 5043 5044 5045 5046 5047 5048 5049 5050 5051
      5052 5054 5055
   Tract: 307
   BG: 1
      1004 1006 1007 1008 1009 1010 1011 1012 1014 1015
   BG: 3
      3004 3005 3006 3007 3008 3009 3010 3011 3012 3013 3014 3015
      3016 3017 3018 3019 3020 3021 3022 3023 3024 3025 3026 3027
      3028 3029 3030 3031 3032 3033 3042 3043 3044 3045
   BG: 4
      4000 4001 4002 4003 4004 4005 4017 4018 4019 4020 4021 4022
      4023 4024 4025 4026 4027
   Tract: 308
   BG: 3
      3005 3006 3007 3008 3009 3010 3011 3012 3013 3014 3015 3016
      3017 3018 3019 3020 3021 3022 3023 3024 3030 3031 3032 3033
      3034 3035 3036 3037 3038 3039 3040 3041 3042
   Tract: 309.01
   Tract: 309.02
   BG: 1
   BG: 2
      2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011
      2012 2013 2014 2015 2016 2017 2018 2019 2023 2024 2025 2026
      2027 2028 2029
   BG: 3
   BG: 4
   Tract: 309.04
   Tract: 309.05
   BG: 1
   BG: 2
      2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011
      2012 2013 2014 2015
   Tract: 310.02
   BG: 1
      1000 1002
   BG: 2
      2000 2001 2002 2003 2004 2005 2006 2009 2010 2011

District 002
Cobb County
   Tract: 303.18
   Tract: 303.19
   Tract: 303.20
   Tract: 303.32
   BG: 2
      2008 2009 2010
   Tract: 303.33
   Tract: 303.34
   Tract: 303.36
   BG: 2
      2004
```

```
BG: 3
Tract: 303.37
BG: 2
Tract: 303.38
BG: 1
BG: 2
BG: 3
 3000 3001 3003 3004 3005 3006 3007 3008 3009 3010 3011 3012
BG: 4
 4000 4001 4002 4003 4005 4006 4008 4009 4010 4011 4012 4013
 4014 4015 4016 4017 4018 4019 4020 4021 4022 4023 4024 4025
Tract: 303.39
Tract: 304.01
Tract: 304.02
Tract: 304.04
BG: 1
 1000 1001 1002 1007 1009 1010 1011 1012 1013
BG: 2
BG: 3
Tract: 304.05
BG: 1
 1000 1001 1002 1003 1004 1005 1006 1007 1008 1009 1010 1011
 1012 1013 1014 1015 1016 1017 1018 1019 1020 1021 1022 1023
 1024 1025 1026 1027 1028 1030 1031 1032
BG: 2
Tract: 304.06
BG: 2
 2000 2001 2002
BG: 3
BG: 4
BG: 5
Tract: 305.05
BG: 1
 1000 1001 1002 1003 1004 1005 1006 1007 1008 1009 1012
BG: 2
 2000 2001 2002 2003 2004 2007 2008 2009 2010 2011 2012 2013
 2014 2016 2017 2018 2019 2021 2022 2023 2024
Tract: 308
BG: 1
 1000 1001 1024 1025 1026
BG: 2
 2000 2001 2002 2004 2010 2011
Tract: 310.01
BG: 2
 2018 2020 2030 2031 2033
BG: 9
 9046
Tract: 310.02
BG: 1
 1016
Tract: 310.04
BG: 1
 1000 1001 1002
Tract: 311.01
Tract: 311.05
BG: 1
 1000 1001 1002 1004 1005 1006 1007 1008 1009 1010 1011 1030
 1035 1036 1037 1038 1039 1040 1043 1044 1045 1047 1048 1049
 1050 1052 1054 1055 1058 1059 1060 1061
Tract: 311.07
```

```
BG: 2
BG: 3
 3000 3001 3002 3003 3004 3005 3006 3007 3008 3009 3010 3011
 3012 3013 3014 3015 3016 3017 3018 3019 3020 3021 3022 3023
 3024 3025 3026 3027 3028 3029 3030 3031 3032 3033 3036 3037
 3038 3039 3040 3041 3042 3043 3044 3045 3046 3047 3048 3049
 3050 3051 3052 3053 3999
BG: 4
 4000 4001 4002 4005 4006 4028 4029
Tract: 311.08
BG: 1
BG: 2
 2000 2001 2002 2005 2006 2007 2008 2009 2010 2011 2012 2013
 2014 2015 2016 2017 2018 2019 2020 2021 2022
BG: 3
 3000 3001 3002 3033 3034
BG: 4
 4000 4001 4002 4003 4004 4007 4008 4009 4010 4011 4012 4013
 4014 4015 4016 4017 4018 4019
Tract: 311.09
BG: 1
 1000 1002 1003 1004 1005 1006 1007 1008 1009 1010 1011 1012
 1013 1014 1015 1016 1017 1018 1019 1020 1021 1022 1023 1024
 1025 1026 1027 1028 1029 1030 1031 1032 1033 1034 1035 1036
 1037 1038 1039 1040
BG: 2
 2006
Tract: 311.10
Tract: 311.11
Tract: 311.12
Tract: 312.02
BG: 3
 3000 3001 3002 3003 3004 3005 3006 3007 3008 3009 3010 3011
 3012 3013 3014 3015 3016 3017 3018 3019 3020 3021 3022 3023
 3029 3030 3031 3032 3033 3034 3035 3036 3037 3038 3997 3998
 3999
BG: 4
BG: 5
BG: 6
 6000 6001 6002 6003 6004 6005 6006 6007 6008 6009 6010 6011
 6012 6013 6014 6015 6016 6017 6018 6019 6020 6021 6022 6025
 6026 6027 6028 6029 6030 6031 6032 6033 6034 6035 6036 6037
 6038 6039 6040 6041 6042 6043 6044 6045 6047 6999
Tract: 312.03
Tract: 312.04
Tract: 313.02
BG: 4
 4001 4002 4003 4004 4005 4006 4007 4008 4009 4010 4011 4013
Tract: 313.07
BG: 1
 1001 1002 1003 1004
BG: 3
 3000 3030 3032 3033

District 003
Cobb County
Tract: 301.02
BG: 1
 1000 1001 1002 1003 1054 1055 1056 1057
```

```
Tract: 302.05
BG: 1
 1002 1004 1005 1024 1025
BG: 2
Tract: 302.11
BG: 1
 1000 1001 1011 1012
Tract: 302.12
Tract: 303.10
Tract: 303.11
Tract: 303.12
Tract: 303.13
Tract: 303.14
Tract: 303.22
Tract: 303.23
Tract: 303.24
Tract: 303.25
Tract: 303.26
Tract: 303.27
Tract: 303.28
Tract: 303.29
Tract: 303.30
Tract: 303.31
Tract: 303.32
BG: 1
BG: 2
 2000 2001 2002 2003 2004 2005 2006 2007 2998 2999
Tract: 303.35
Tract: 303.36
BG: 1
BG: 2
 2000 2001 2002 2003 2005 2006 2007 2999
Tract: 303.37
BG: 1
Tract: 304.05
BG: 1
 1029
Tract: 305.01
BG: 1
BG: 2
BG: 3
BG: 4
 4000 4001 4002 4003 4004 4005 4006 4007 4008 4009 4010 4011
 4012 4013 4014 4015 4016 4017 4018 4019 4020 4021 4022 4023
 4024 4025 4026 4027 4028 4029 4030 4031 4032 4033 4034 4035
 4036 4037 4038 4039 4040 4041 4042 4043 4044 4045 4046 4047
 4048 4049 4050 4051 4052 4053 4054 4055 4056 4057 4058 4059
 4062 4064 4066 4067 4076 4077 4078 4079 4080 4081 4082 4083
 4084 4085 4086
Tract: 305.02
Tract: 305.04
Tract: 305.05
BG: 1
 1010 1011 1013 1014 1015 1016 1017
BG: 2
 2005 2006 2015 2020 2025 2026 2027 2028 2029 2030 2031 2032
 2033 2034 2035 2036 2037 2038
Tract: 306
BG: 1
 1000 1003 1005 1007 1008 1011
```

```
    BG: 5
     5000 5001 5002 5003 5004 5005 5015 5016 5017 5018 5019 5020
     5021 5022 5023 5024 5053 5056 5057 5997 5998 5999
    Tract: 307
    BG: 1
     1000 1001 1002 1003 1005 1013 1016 1017 1018 1019 1020 1021
     1022
    BG: 2
     2001
    BG: 4
     4006 4007 4008 4009 4010 4011 4012 4013 4014 4015 4016

District 004
Cobb County
    Tract: 303.38
    BG: 3
     3002
    BG: 4
     4004 4007
    Tract: 304.04
    BG: 1
     1003 1004 1005 1006 1008
    Tract: 304.06
    BG: 1
    BG: 2
     2003
    Tract: 307
    BG: 2
     2000 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012
     2013 2014 2015 2016 2017 2018 2019 2020 2021 2022 2023 2024
    BG: 3
     3000 3001 3002 3003 3034 3035 3036 3037 3038 3039 3040 3041
    Tract: 308
    BG: 1
     1002 1003 1004 1005 1006 1007 1008 1009 1010 1011 1012 1013
     1014 1015 1016 1017 1018 1019 1020 1021 1022 1023 1027
    BG: 2
     2003 2005 2006 2007 2008 2009 2012 2013 2014 2015 2016 2017
     2018 2019
    BG: 3
     3000 3001 3002 3003 3004 3025 3026 3027 3028 3029 3043
    Tract: 309.02
    BG: 2
     2020 2021 2022
    Tract: 309.05
    BG: 2
     2016 2017
    BG: 3
    Tract: 310.01
    BG: 1
    BG: 2
     2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011
     2012 2013 2014 2015 2016 2017 2019 2021 2022 2023 2024 2025
     2026 2027 2028 2029 2032
    BG: 9
     9000 9001 9002 9003 9004 9005 9006 9007 9008 9009 9010 9011
     9012 9013 9014 9015 9016 9017 9018 9019 9020 9021 9022 9023
     9024 9025 9026 9027 9028 9029 9030 9031 9032 9033 9034 9035
     9036 9037 9038 9039 9040 9041 9042 9043 9044 9045 9047 9048
```

```
 9049 9050
Tract: 310.02
BG: 1
 1001 1003 1004 1005 1006 1007 1008 1009 1010 1011 1012 1013
 1014 1015 1017 1018 1019 1020 1021 1022 1023
BG: 2
 2007 2008 2012 2013 2014 2015 2016 2017 2018 2019 2020 2021
 2022 2023 2024 2025 2026 2027
Tract: 310.04
BG: 1
 1003 1004 1005 1006 1007 1008 1009 1010 1011 1012 1013 1014
 1015 1016 1017 1018 1019 1020 1021 1022 1023 1024 1025 1026
BG: 2
BG: 3
Tract: 310.05
Tract: 311.05
BG: 1
 1003 1012 1013 1014 1015 1016 1017 1018 1019 1020 1021 1022
 1023 1024 1025 1026 1027 1028 1029 1031 1032 1033 1034 1041
 1042 1046 1051 1053 1056 1057
BG: 2
Tract: 311.06
Tract: 311.07
BG: 3
 3034 3035
BG: 4
 4003 4004 4007 4008 4009 4010 4011 4012 4013 4014 4015 4016
 4017 4018 4019 4020 4021 4022 4023 4024 4025 4026 4027 4030
 4031 4032 4033 4034 4035 4036 4037 4038 4039 4040 4041 4042
 4043 4044 4045 4046 4047 4048 4999
Tract: 311.08
BG: 2
 2003 2004
BG: 3
 3003 3004 3005 3006 3007 3008 3009 3010 3011 3012 3013 3014
 3015 3016 3017 3018 3019 3020 3021 3022 3023 3024 3025 3026
 3027 3028 3029 3030 3031 3032
BG: 4
 4005 4006
Tract: 311.09
BG: 1
 1001
BG: 2
 2000 2001 2002 2003 2004 2005
Tract: 312.02
BG: 3
 3024 3025 3026 3027 3028 3996
BG: 6
 6023 6024 6046
Tract: 313.02
BG: 1
BG: 2
BG: 3
BG: 4
 4000 4012 4014 4015 4016 4017 4018 4019 4020 4021 4022 4023
 4024 4025 4026 4027 4028 4029 4030 4031 4032 4033
BG: 5
BG: 9
Tract: 313.06
Tract: 313.07
```

```
BG: 1
 1000 1005 1006 1007 1008 1009 1010 1011 1012 1013 1014 1015
 1016 1017 1018 1019 1020 1021 1022 1023 1024 1025 1026 1027
BG: 2
BG: 3
 3001 3002 3003 3004 3005 3006 3007 3008 3009 3010 3011 3012
 3013 3014 3015 3016 3017 3018 3019 3020 3021 3022 3023 3024
 3025 3026 3027 3028 3029 3031
Tract: 313.08
Tract: 313.09
Tract: 313.10
Tract: 313.11
Tract: 314.04
Tract: 314.05
Tract: 314.06
Tract: 314.07
Tract: 315.01
Tract: 315.03
Tract: 315.04
Tract: 315.05
```

Cobb County Commission Districts
Drawn by Federal Court -- May 2002

Client: FEDCOURT
Plan: FEDCTCOBBCC
Type: Local

Plan Name: **FEDCTCOBBSB**     Plan Type:                    User:    staff              Administrator:

| DISTRICT | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP.OR LATINO | %HISP. |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 78,253 | -176 | -0.22% | 4,954 | 6.33% | 242 | 5,196 | 6.64% | 2,772 | 3.54% |
| VAP | 53,936 | | | 3,187 | 5.91% | 84 | 3,271 | 6.06% | 1,747 | 3.24% |
| 002 | 78,349 | -80 | -0.10% | 19,423 | 24.79% | 653 | 20,076 | 25.62% | 7,562 | 9.65% |
| VAP | 64,027 | | | 14,159 | 22.11% | 356 | 14,515 | 22.67% | 5,398 | 8.43% |
| 003 | 77,737 | -692 | -0.88% | 29,078 | 37.41% | 668 | 29,746 | 38.26% | 6,048 | 7.78% |
| VAP | 55,584 | | | 18,768 | 33.77% | 300 | 19,068 | 34.30% | 3,928 | 7.07% |
| 004 | 79,716 | 1,287 | 1.64% | 7,751 | 9.72% | 443 | 8,194 | 10.28% | 4,044 | 5.07% |
| VAP | 57,788 | | | 5,249 | 9.08% | 207 | 5,456 | 9.44% | 2,730 | 4.72% |
| 005 | 77,803 | -626 | -0.80% | 3,971 | 5.10% | 255 | 4,226 | 5.43% | 2,146 | 2.76% |
| VAP | 54,947 | | | 2,675 | 4.87% | 115 | 2,790 | 5.08% | 1,427 | 2.60% |
| 006 | 79,704 | 1,275 | 1.63% | 8,981 | 11.27% | 453 | 9,434 | 11.84% | 3,729 | 4.68% |
| VAP | 61,481 | | | 6,579 | 10.70% | 246 | 6,825 | 11.10% | 2,690 | 4.38% |
| 007 | 77,441 | -988 | -1.26% | 22,745 | 29.37% | 699 | 23,444 | 30.27% | 10,716 | 13.84% |
| VAP | 55,992 | | | 14,939 | 26.68% | 315 | 15,254 | 27.24% | 7,135 | 12.74% |

Total Population:     549,003
Ideal Value:     78,429
**Summary**
Population Range:     77,441    to    79,716
Absolute Range:     -988    to    1,287
Absolute Overall Range:    2,275
Relative Range:     -1.26%    to    1.64%
Relative Overall Range:    2.90%

Plan Name: FEDCTCOBBSB    Plan Type: Local    User: Linda    Administrator: Cobb

Redistricting Plan Components Report

District 001
Cobb County
     Tract: 301.01
     Tract: 301.02
     BG: 1
      1018 1019 1020 1021 1022 1023 1024 1025 1026 1027 1028 1029
      1030 1031 1032 1033 1034 1041 1063 1064 1066 1067 1068 1073
      1074
     BG: 2
     Tract: 301.03
     BG: 1
     BG: 2
      2000 2001 2002 2003 2005 2006 2007 2008 2009 2010 2011 2012
      2013 2014 2015 2017 2020 2021 2022 2023 2024 2025 2026 2028
      2029
     BG: 3
     Tract: 302.05
     BG: 1
      1074 1075 1076 1077 1078 1079 1082 1083 1086 1087 1088 1089
     Tract: 302.08
     Tract: 302.09
     BG: 2
      2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012
      2013 2014 2015 2016 2017 2018 2019 2020 2021 2022 2023 2024
      2025 2026 2027 2999
     Tract: 302.11
     BG: 1
      1053 1073 1074 1076 1077 1078 1084 1085 1086 1087 1095 1096
      1097 1098 1099 1100
     BG: 3
      3030 3060 3061
     Tract: 302.13
     Tract: 302.14
     Tract: 302.15
     Tract: 302.16
     Tract: 302.17
     BG: 1
      1002 1003 1004 1005 1006 1007 1008 1009 1010 1011 1012 1013
      1014 1015 1016 1017 1018 1019 1020 1021 1022 1023 1024 1025
      1027 1028 1029 1030 1034 1049 1051 1052 1053 1054 1055 1056
      1057 1058 1059 1061 1063 1064 1065 1066 1067 1069 1070 1071
      1072 1075 1077 1078 1079 1080 1081 1082 1083 1085 1088 1089
      1090 1091 1092 1093 1094 1095 1096 1097 1098 1101 1105 1108
      1109 1111 1995 1996 1998 1999
     BG: 2
     BG: 3
     Tract: 306
     BG: 4
      4002 4003 4015 4016 4018 4021 4022

District 002
 Cobb County
     Tract: 303.38
     BG: 4
      4000 4001 4002 4003 4004 4005 4006 4011 4012 4013 4014 4015
                                        Page 1

```
 4016 4017 4018 4019 4020 4021 4022 4023 4024 4025
Tract: 303.39
BG: 1
Tract: 304.04
BG: 1
 1003 1006 1009 1010 1012 1013
BG: 2
 2004
Tract: 304.06
BG: 1
 1006 1008 1009 1010 1013
Tract: 308
BG: 2
 2013 2017 2019
BG: 3
 3040 3041 3043
Tract: 310.01
BG: 2
 2018 2020 2030 2031 2033
BG: 9
 9002 9003 9004 9005 9006 9008 9009 9010 9011 9012 9013 9014
 9015 9016 9017 9018 9019 9020 9021 9022 9023 9024 9026 9027
 9028 9029 9030 9031 9032 9033 9034 9035 9036 9037 9038 9039
 9040 9041 9042 9043 9044 9045 9046 9047 9048 9049 9050
Tract: 310.02
BG: 1
 1016
Tract: 310.04
BG: 1
 1000 1001 1002
Tract: 311.01
Tract: 311.05
BG: 1
 1000 1001 1002 1004 1005 1006 1007 1008 1009 1010 1011 1016
 1017 1018 1019 1029 1030 1035 1036 1037 1038 1039 1040 1043
 1044 1045 1047 1048 1049 1050 1051 1052 1053 1054 1055 1058
 1060 1061
BG: 2
 2014 2015 2016 2017 2018 2019 2020 2021 2022 2023 2024 2025
 2026 2027 2028 2029 2030 2031 2032 2033 2034 2035 2036
Tract: 311.06
BG: 4
 4020
Tract: 311.07
BG: 2
BG: 3
BG: 4
 4000 4001 4002 4003 4004 4005 4006 4007 4008 4009 4023 4024
 4025 4026 4027 4028 4029 4030 4031 4032 4033 4034 4035 4036
 4037 4038 4039 4040 4041 4042 4043 4044 4045
Tract: 311.08
Tract: 311.09
BG: 1
 1000 1002 1003 1004 1005 1006 1007 1008 1009 1010 1011 1012
 1013 1014 1015 1016 1017 1018 1019 1020 1021 1022 1023 1024
 1025 1026 1027 1028 1029 1030 1031 1032 1033 1034 1035 1036
 1037 1038 1039 1040
BG: 2
 2006
Tract: 311.10
Tract: 311.11
Tract: 311.12
Tract: 312.02
Tract: 312.03
```

```
     Tract: 312.04
     Tract: 313.02
     BG: 4
      4000 4001 4002 4003 4004 4005 4006 4007 4008 4009 4010 4011
      4013 4014 4015 4016 4017 4018 4019 4020 4021 4022 4023 4024
      4025 4026 4027 4028 4029 4030 4031 4032 4033
     BG: 5
     Tract: 313.06
     BG: 1
      1019
     Tract: 313.07
     BG: 1
      1000 1001 1002 1003 1004 1006
     BG: 2
     BG: 3

District 003
Cobb County
     Tract: 313.02
     BG: 1
     BG: 2
     BG: 3
     BG: 4
      4012
     BG: 9
     Tract: 313.06
     BG: 1
      1000 1001 1002 1003 1004 1005 1006 1007 1008 1009 1010 1011
      1012 1013 1014 1015 1016 1017 1018 1020 1021 1022 1023 1024
      1025 1026
     BG: 2
     Tract: 313.07
     BG: 1
      1005 1007 1008 1009 1010 1011 1012 1013 1014 1015 1016 1017
      1018 1019 1020 1021 1022 1023 1024 1025 1026 1027
     Tract: 313.08
     Tract: 313.09
     Tract: 313.10
     Tract: 313.11
     Tract: 314.04
     Tract: 314.05
     BG: 2
      2018
     BG: 4
     Tract: 314.06
     Tract: 314.07
     Tract: 315.01
     Tract: 315.03
     BG: 2
      2018 2019
     Tract: 315.04
     BG: 1
      1007 1009 1010 1011 1013 1014 1999
     BG: 2
      2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011
      2012 2013 2014 2015 2016 2017 2018 2019 2020 2021 2022 2023
      2024 2025 2026 2027 2028 2030 2031 2033 2034 2035 2036 2037
      2038
     BG: 3
      3000 3001 3002 3003 3004 3005 3006 3007 3008 3009 3010 3011
      3012 3013 3014 3015 3016 3017 3018 3019 3020 3021 3022 3023
      3024 3027 3029 3031 3032 3033
     BG: 4
```

```
      Tract: 315.05

District 004
Cobb County
      Tract: 301.02
      BG: 1
       1000 1001 1002 1003 1004 1005 1006 1007 1008 1009 1010 1011
       1012 1013 1014 1015 1016 1017 1035 1036 1037 1038 1039 1040
       1042 1043 1044 1045 1046 1047 1048 1049 1050 1051 1052 1053
       1054 1055 1056 1057 1058 1059 1060 1061 1062 1065 1069 1070
       1071 1072 1999
      Tract: 301.03
      BG: 2
       2004 2016 2018 2019 2027
      Tract: 302.05
      BG: 1
       1000 1001 1002 1003 1004 1005 1006 1007 1008 1009 1010 1011
       1012 1013 1014 1015 1016 1017 1018 1019 1020 1021 1022 1023
       1024 1025 1026 1027 1028 1029 1030 1031 1032 1033 1034 1035
       1036 1037 1038 1039 1040 1041 1042 1043 1044 1045 1046 1047
       1048 1049 1050 1051 1052 1053 1054 1055 1056 1057 1058 1059
       1060 1061 1062 1063 1064 1065 1066 1067 1068 1069 1070 1071
       1072 1073 1080 1081 1084 1085 1090 1091 1092 1093 1998 1999
      BG: 2
      Tract: 302.11
      BG: 1
       1000 1001 1002 1003 1004 1005 1006 1007 1008 1009 1010 1011
       1012 1013 1014 1015 1016 1017 1018 1019 1020 1021 1022 1023
       1024 1025 1026 1027 1028 1029 1030 1031 1032 1033 1034 1035
       1036 1037 1038 1039 1040 1041 1042 1043 1044 1045 1046 1047
       1048 1049 1050 1051 1052 1054 1055 1056 1057 1058 1059 1060
       1061 1062 1063 1064 1065 1066 1067 1068 1069 1070 1071 1072
       1075 1079 1080 1081 1082 1083 1088 1089 1090 1091 1092 1093
       1094
      BG: 2
      BG: 3
       3000 3001 3002 3003 3004 3005 3006 3007 3008 3009 3010 3011
       3012 3013 3014 3015 3016 3017 3018 3019 3020 3021 3022 3023
       3024 3025 3026 3027 3028 3029 3031 3032 3033 3034 3035 3036
       3037 3038 3039 3040 3041 3042 3043 3044 3045 3046 3047 3048
       3049 3050 3051 3052 3053 3054 3055 3056 3057 3058 3059 3062
       3063 3064 3065
      Tract: 302.12
      Tract: 302.17
      BG: 1
       1000 1001 1026 1031 1032 1033 1035 1036 1037 1038 1039 1040
       1041 1042 1043 1044 1045 1046 1047 1048 1050 1060 1062
      Tract: 303.10
      Tract: 303.11
      BG: 1
       1000 1001 1002 1003 1004 1009 1010 1011 1012 1013 1014 1015
       1016 1017 1018 1019 1020 1021 1022 1023 1999
      BG: 2
      BG: 3
      BG: 4
      Tract: 303.12
      BG: 1
       1002
      BG: 3
      BG: 4
       4000 4001 4002 4003 4004 4005 4006 4007 4008 4009 4010 4011
       4012
      Tract: 303.13
```

```
Tract: 303.14
BG: 1
  1006 1007 1016 1017 1018 1019 1020 1021 1022
BG: 2
Tract: 303.24
Tract: 305.01
BG: 3
  3027 3029 3031 3032 3033
BG: 4
  4000 4001 4002 4003 4004 4005 4006 4007 4008 4009 4010 4011
  4012 4053 4054 4055 4056 4060 4061 4063 4065 4068 4069 4070
  4073 4074 4075
Tract: 306
BG: 1
  1001 1002 1004 1006 1009 1010 1013 1014 1015 1017 1019 1021
  1024 1025 1028 1029 1030 1031 1032 1033 1034 1035 1036 1038
  1039 1040 1043 1044 1053 1060 1061 1063
BG: 2
  2005 2006 2007 2008 2009 2010 2011 2012 2013 2017 2019 2020
  2023 2028 2034
BG: 4
  4000 4001 4009 4010 4011 4012
BG: 5
  5000 5001 5002 5003 5004 5005 5006 5007 5008 5009 5010 5011
  5014 5015 5016 5024 5025 5027 5029 5030 5031 5032 5033 5035
  5039 5040 5042 5043 5044 5045 5046 5047 5048 5049 5050 5054
  5055 5056 5057 5997 5998 5999
Tract: 307
BG: 1
  1004

District 005
Cobb County
Tract: 303.11
BG: 1
  1005 1006 1007 1008 1024 1025
Tract: 303.12
BG: 1
  1000 1001 1003 1004 1005 1006 1007 1008 1009 1010 1011 1012
  1013 1014 1015 1016 1017 1018 1019 1020 1021 1022 1023 1024
  1025 1026 1027 1028 1029 1030 1031 1032 1033
BG: 2
BG: 4
  4013 4014 4015 4016 4017 4018 4019 4020 4021 4022 4023
BG: 5
Tract: 303.14
BG: 1
  1000 1001 1002 1003 1004 1005 1008 1009 1010 1011 1012 1013
  1014 1015
BG: 3
Tract: 303.22
Tract: 303.23
Tract: 303.25
Tract: 303.26
Tract: 303.27
Tract: 303.28
Tract: 303.29
BG: 1
BG: 2
  2000 2001 2002 2003 2004 2005 2007 2008 2013 2014
Tract: 303.30
BG: 1
BG: 2
```

```
        Tract: 303.31
        Tract: 303.35
        Tract: 303.36
        BG: 1
        Tract: 305.01
        BG: 1
        BG: 2
         2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011
         2012 2013 2014 2015 2016 2017 2018 2019 2020 2021 2024 2025
         2028 2030 2031 2035
        BG: 3
         3000 3001 3002 3003 3004 3005 3006 3007 3008 3009 3010 3011
         3012 3013 3014 3015 3016 3017 3018 3019 3020 3021 3022 3023
         3024 3025 3026 3028 3030
        BG: 4
         4018 4019 4020 4022 4024 4026 4030 4031 4034 4035 4036 4037
         4039 4040 4043 4044 4047 4048 4049 4051 4059 4079 4080 4082
         4085 4086
        Tract: 305.02
        BG: 1
         1000 1001 1002 1003 1004 1005 1006 1007 1008 1009 1010 1011
         1012 1013 1014 1015 1023
        BG: 2
         2000 2007 2008 2011 2012 2015 2019 2053 2054 2055 2056 2057
         2058 2059
        BG: 3

District 006
Cobb County
        Tract: 303.18
        Tract: 303.19
        Tract: 303.20
        Tract: 303.29
        BG: 2
         2006 2009 2010 2011 2012 2999
        Tract: 303.30
        BG: 3
        Tract: 303.32
        Tract: 303.33
        Tract: 303.34
        Tract: 303.36
        BG: 2
        BG: 3
        Tract: 303.37
        Tract: 303.38
        BG: 1
        BG: 2
        BG: 3
         3000 3001 3003 3004 3005 3006 3007 3008 3009 3010 3011
        BG: 4
         4008 4009 4010
        Tract: 303.39
        BG: 2
        Tract: 304.01
        BG: 1
        BG: 2
        BG: 3
         3000 3001 3002 3003 3007 3008 3009 3010 3012 3014 3015 3016
         3017 3018 3019 3021 3022 3023 3024 3025 3026 3027 3028 3029
         3030 3031
        Tract: 304.02
        BG: 1
        BG: 2
```

```
BG: 3
 3000 3001 3002 3003 3004 3005 3006 3007 3008 3009 3010 3011
 3014 3015 3016 3017 3018 3019 3020 3021 3022
BG: 4
Tract: 304.05
BG: 1
 1001 1002 1003 1004 1005 1008 1009 1010 1012 1013 1014 1023
BG: 2
 2000 2001 2002 2003 2004 2006 2010 2013 2014 2016 2017 2018
 2022 2023 2025 2028 2029 2032 2033 2034 2035 2036 2037 2038
 2039 2040 2041 2042 2043 2045 2046 2047
Tract: 304.06
BG: 1
 1001
BG: 2
 2001 2002
BG: 3
 3000 3001 3002 3003 3004 3005 3008 3009
BG: 4
 4001 4002
BG: 5
 5000 5002 5003 5004 5005 5007 5008
Tract: 305.02
BG: 1
 1019
BG: 2
 2013 2014 2017 2022 2023 2024 2026 2027 2028 2029 2033 2034
 2035 2036 2050 2051 2052
Tract: 305.04
BG: 2
 2003 2004 2007 2008 2009 2010 2011 2012 2013 2016 2017
BG: 3
 3000 3001 3002 3003 3004 3005 3006 3007 3008 3009 3010 3011
 3014 3015 3016 3018 3019 3020 3024 3025
Tract: 305.05
BG: 1
 1000 1001 1002 1003 1004 1005 1006 1009
BG: 2
 2001 2002 2003 2007 2008 2009 2010 2011 2012 2013 2014 2016
 2017 2018 2019 2022 2023 2024

District 007
Cobb County
Tract: 302.09
BG: 1
BG: 2
 2000
Tract: 302.10
Tract: 308
BG: 3
 3042
Tract: 309.01
BG: 1
 1005 1006 1007
BG: 2
 2001 2004 2005 2006 2007 2008 2009 2010 2011 2023 2024 2025
 2027 2028 2030 2031 2999
BG: 3
 3003 3004 3005 3006
BG: 4
 4004 4006 4007 4011 4014
Tract: 309.02
BG: 1
```

```
 1024
BG: 2
  2000 2004 2005 2006 2010 2011 2012 2015 2016 2017 2018 2019
  2020 2021 2022 2023 2025 2026 2027 2028 2029
Tract: 309.04
 BG: 1
  1006 1007 1009 1012 1013
 BG: 2
  2000 2006 2010 2012 2013
 BG: 3
  3003 3006 3007 3008
 BG: 4
  4001 4002 4003 4004 4005 4006 4007 4008 4009 4012
Tract: 309.05
 BG: 1
  1000 1003 1004 1005 1006 1007 1008 1009 1010 1011
 BG: 2
 BG: 3
Tract: 310.01
 BG: 1
 BG: 2
  2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011
  2012 2013 2014 2015 2016 2017 2019 2021 2022 2023 2024 2025
  2026 2027 2028 2029 2032
Tract: 310.02
 BG: 1
  1000 1001 1002 1003 1004 1005 1006 1007 1008 1009 1010 1011
  1012 1013 1014 1015 1017 1018 1019 1020 1021 1022 1023
 BG: 2
  2000 2002 2004 2005 2007 2008 2009 2010 2011 2012 2013 2014
  2015 2016 2017 2018 2019 2020 2021 2022 2023 2024 2025 2026
  2027
Tract: 310.04
 BG: 1
  1003 1004 1005 1006 1007 1008 1009 1010 1011 1012 1013 1014
  1015 1016 1017 1018 1019 1020 1021 1022 1023 1024 1025 1026
 BG: 2
 BG: 3
Tract: 310.05
Tract: 311.05
 BG: 1
  1003 1012 1013 1014 1015 1020 1021 1022 1023 1024 1025 1026
  1027 1028 1031 1032 1033 1034 1041 1042 1046 1056 1057 1059
 BG: 2
  2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011
  2012 2013 2037 2038 2039 2040 2041 2042 2043 2044 2045 2046
Tract: 311.06
 BG: 4
  4000 4001 4002 4003 4004 4005 4006 4007 4008 4009 4010 4011
  4012 4013 4014 4015 4016 4017 4018 4019 4021 4022 4023 4024
  4025 4026 4027 4028 4029 4030 4031 4032 4999
 BG: 5
Tract: 311.07
 BG: 4
  4010 4011 4012 4013 4014 4015 4016 4017 4018 4019 4020 4021
  4022 4046 4047 4048 4999
Tract: 314.05
 BG: 1
 BG: 2
  2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011
  2012 2013 2014 2015 2016 2017 2019 2020 2021
 BG: 3
Tract: 315.03
 BG: 1
```

```
BG: 2
 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011
 2012 2013 2014 2015 2016 2017 2020 2999
BG: 3
Tract: 315.04
BG: 1
 1000 1001 1002 1003 1004 1005 1006 1008 1012
BG: 2
 2029 2032
BG: 3
 3025 3026 3028 3030
```